UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Chelsea L. Davis
(Plaintiff)

vs                                        Case No. _____

McKool Smith P.C. et al
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Chelsea L. Davis, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff  Chelsea L. Davis

Address  25 Highland Park Vlg., Ste. 100-830

Dallas, TX 75205

cdavis@chelseadavispc.com

Phone  469-426-5850

Facsimile  469-533-0466

Date  2/5/2015

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0", "none", or "not applicable (NA)", write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?  YES  X   NO _____

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $  0  per month

    Employer  Self

    _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $_____ per month

    Employer _____

    _____

2. Is your spouse presently employed?  YES _____   NO  N/A

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $_____ per month

    Employer _____

    _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

    (a) Business, profession, or form of self-employment? YES __X__ NO _____

    (b) Rent payment, interest or dividends? YES _____ NO __X__

    (c) Pensions, annuities, or life insurance payment? YES _____ NO __X__

    (d) Gifts or inheritances? YES __X__ NO _____

    (e) Any other sources? YES _____ NO __X__

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

$2,000 for legal services; gifts from friends and family of about $6,000

_____

_____

4. How much cash do you and your spouse have? $ __None_____ .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

None, once pending transactions are completed.

_____

_____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

Home Address __0_____

Value of Home __0_____

Motor Vehicle #1 Make, Year, Model __0_____

Value of Motor Vehicle #1 __0_____

3

    Motor Vehicle #2 Make, Year, Model __0__

    Value of Motor Vehicle #2 __0__

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____   NO __X__

 If the answer is "YES", describe the property and state its approximate value.

 _____

 _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

 __None._____

 _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____   NO __X__

 If yes, describe below or on an attached sheet.

 _____

 _____

10. Estimate the average monthly expenses of you and your family.  If different, list separately the amounts paid by your spouse.

 Rent or home-mortgage payment __0__

 Utilities (electricity, heating fuel, water, sewer, and phone) __$500__

 Home maintenance (repairs and upkeep) _____

 Food __$600__

Clothing  $100

Laundry and dry-cleaning  $50

Medical and dental expenses  $1000

Transportation (not including motor vehicle payments)  $500

Recreation, entertainment, newspapers, magazines, etc.  $100

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance  _____

    Life insurance  _____

    Health insurance  $330

    Motor vehicle insurance  $2000

    Other insurance  _____

Taxes (not deducted from wages or included in mortgage payments)  $250

Installment payments

    Motor vehicle  _____

    Credit card  _____

    Department store credit card  _____

    Other installment payments  _____

Alimony, maintenance and support paid to others  _____

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement)  $1000

Other expenses  _____

11.     Provide any other information that will help explain why you cannot pay the filing fees for your case.

_____

_____

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case.  I believe that I am entitled to redress.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

/s/Chelsea L. Davis
_____
Signature of Applicant