UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Chelsea L. Davis
(Plaintiff)

vs     Case No. _____

McKool Smith P.C. et al
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, Chelsea L. Davis, respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff   Chelsea L. Davis

Address   25 Highland Park Vlg., Ste. 100-830

          Dallas, TX 75205

          cdavis@chelseadavispc.com

Phone     469-426-5850

Facsimile 469-533-0466

Date  2/5/2015

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0", "none", or "not applicable (NA)", write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?  YES  X    NO _____

   (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

   $   0   per month

   Employer   Self

   _____

   (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

   $_____ per month

   Employer _____

   _____

2. Is your spouse presently employed?   YES _____   NO  N/A

   If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

   $_____ per month

   Employer _____

   _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

   (a) Business, profession, or form of self-employment? YES __X__ NO _____

   (b) Rent payment, interest or dividends? YES _____ NO __X__

   (c) Pensions, annuities, or life insurance payment? YES _____ NO __X__

   (d) Gifts or inheritances? YES __X__ NO _____

   (e) Any other sources? YES _____ NO __X__

   If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

   $2,000 for legal services; gifts from friends and family of about $6,000

   _____

   _____

4. How much cash do you and your spouse have? $ None .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

   None, once pending transactions are completed.

   _____

   _____

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

   Home Address __0_____

   Value of Home __0_____

   Motor Vehicle #1 Make, Year, Model __0_____

   Value of Motor Vehicle #1 __0_____

Motor Vehicle #2 Make, Year, Model __0__

Value of Motor Vehicle #2 __0__

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
   YES _____ NO __X__

   If the answer is "YES", describe the property and state its approximate value.

   _____

   _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   __None._____

   _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
   YES _____ NO __X__

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment __0__

    Utilities (electricity, heating fuel, water, sewer, and phone) __$500__

    Home maintenance (repairs and upkeep) _____

    Food __$600__

Clothing __$100__

Laundry and dry-cleaning __$50__

Medical and dental expenses __$1000__

Transportation (not including motor vehicle payments) __$500__

Recreation, entertainment, newspapers, magazines, etc. __$100__

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance __$330__

    Motor vehicle insurance __$2000__

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) __$250__

Installment payments

    Motor vehicle _____

    Credit card _____

    Department store credit card _____

    Other installment payments _____

Alimony, maintenance and support paid to others _____

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) __$1000__

Other expenses _____

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

_____

_____

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

/s/Chelsea L. Davis
_____
Signature of Applicant