United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                                                                              214/753-2400
U.S. Magistrate Judge David L. Horan

February 9, 2015

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

       Re:    No. 3:15-cv-437-G-BN, *Davis v. State Bar of Texas*

Dear Ms. Mitchell:

       I hereby recuse myself from the above-referenced matters pursuant to the provisions of 28 U.S.C. § 455. I would appreciate it if you would please reassign these cases to another magistrate judge in accordance with the usual procedure.

                                                                          Sincerely,

                                                                         David L. Horan

cc:    Judge Fish