**CHELSEA DAVIS'S EXHIBIT NO. 315CV437.2.1-10**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

_____

v.

_____

No. _____

**PROOF OF PUBLIC CORRUPTION IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION**