## IN THE SUPREME COURT OF THE UNITED STATES

| | | |
|---|---|---|
| ALL PLAINTIFFS | § | |
| | § | |
| | § | |
| | § | |
| V. | § | CASE NO. 3:15-cv-437 |
| | § | |
| | § | |
| ALL DEFENDANTS | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## AMENDED NOTICE OF PRELIMINARTY INJUNCTION AGAINST ACTIVE FEDERAL JUDGES CURRENTLY PRESIDING IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION AND ALL STAFF

**On PETITION FOR WRIT** To the Honorable Active Associate Justice Ruth Bader Ginsburg To Select Three Active Federal Judicial District Judges, Each of Whom Presides In One of the Ninety-Four Federal Judicial Districts Outside of the Jurisdiction of the United States Court of Appeals for the Fifth Circuit In A United States District Court For a Federal Judicial District And Is Not a Member Of the State Bar of Texas, From the United States District Court for the Northern District of Texas.