UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA DAVIS,                              )
                                            )
       Plaintiff,                           )
                                            )    CIVIL ACTION NO.
VS.                                         )
                                            )    3:15-CV-0437-G (BH)
McKOOL SMITH PC,                            )
                                            )
       Defendant.                           )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. The plaintiff's motion to proceed in forma pauperis, filed February 9, 2015 (docket entry 3), is **DENIED**, and she is ordered to pay the full filing fee within fourteen days of the date of this order. If she does not, the case will be dismissed for failure to prosecute or follow a court order.

**SO ORDERED**.

March 12, 2015.

*(signature: A. Joe Fish)*

A. JOE FISH
**Senior United States District Judge**